# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Rick McDeid,      Civ. No. 18-cv-1350 (SRN/LIB)

    Plaintiff,

v.      **ORDER**

Nancy Johnson, et al.,

    Defendants.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Defendants' Motion to Dismiss [Doc. No. 11] is **GRANTED**, and

2. That Plaintiff's Complaint [Doc. No. 1] **DISMISSED WITH PREJUDICE**.

BY THE COURT:

DATED: November 28, 2018      s/Susan Richard Nelson
    SUSAN RICHARD NELSON
    United States District Judge